[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED

U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
March 27, 2006
THOMAS K. KAHN
CLERK

_____

No. 05-13759
Non-Argument Calendar
_____

D. C. Docket No. 98-00562-CR-FAM

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

AMADOR VALENTIN,
a.k.a. Herminio Aviles, Jr.,
a.k.a. Herminio Aviles,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(March 27, 2006)

Before DUBINA, HULL and HILL, Circuit Judges.

PER CURIAM:

Amador Valentin appeals the district court's denial of his motion to

recommend to the bureau of prisons that he serve his federal sentence at a state facility, which he filed six years after his conviction became final. Miguel Caridad, appointed counsel for Valentin, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the district court's denial of Valentin's motion is **AFFIRMED**.